# In the United States Court of Federal Claims

No. 06-328C
Filed: June 28, 2006

| | |
|---|---|
| SOUTHERN UTAH ASSOCS., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

GRANTING MOTION TO STAY

The parties' June 22, 2006, joint motion to stay further proceedings in this action is GRANTED. On or before the date 14 days after the conclusion of the Alternative Dispute Resolution proceedings in this case, the parties shall file a status report advising the court as to their intentions with respect to further proceedings.

s/John P. Wiese
John P. Wiese
Judge